# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139438(47)

TRINA LEE BEATTIE,
          Plaintiff-Appellant,

v

MARK P. MICKALICH,
          Defendant-Appellee.

_____

SC: 139438
COA: 284130
Lapeer CC: 06-037681-NO

On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2010

Clerk